ARTHUR E. BERRY, GUARDIAN, &c., PLAINTIFF IN ERROR, v. ANNA M. POTTER, DEFENDANT IN ERROR.

On error to the Supreme Court. For opinion of Supreme Court, see 27 *Vroom* 454.

For the plaintiff in error, *Ephraim Cutter*.

For the defendant in error, *Alan H. Strong*.

PER CURIAM.

The judgment in this case is affirmed, for the reasons given by the court below.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, ABBETT, DEPUE, GARRISON, LIPPINCOTT, REED, VAN SYCKEL, BROWN, SIMS, SMITH.   11.

*For reversal*—None.